844

No. 26, Misc. WORLEY, ADMINISTRATRIX, ET AL. *v.* NATIONAL SPECIALTY CO., INC., ET AL. C. A. 6th Cir. Certiorari denied. Petitioners *pro se*. *Solicitor General Rankin* for the United States, and *Charles C. Trabue, Jr.* for Dunn, respondents.

No. 27, Misc. BOYES ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioners *pro se*. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 28, Misc. CITO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin* for the United States.

No. 29, Misc. BANDO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Daniel H. Greenberg* for petitioners. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 30, Misc. PATRICK *v.* NASH, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 31, Misc. HANSEN *v.* BURKE, WARDEN. Supreme Court of Wisconsin. Certiorari denied.

No. 32, Misc. McBRIDE *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 34, Misc. McGEE *v.* NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.